

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THERESA D'ANDREA<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3187<br>Fax: (212) 356-3509<br>tdandrea@law.nyc.gov |

October 10, 2014

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

           Re:    Vladimir Coiscou v. City of New York, et al.
                   14 Civ. 2457 (JGK)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants City of New York, Police Officer Baldo, and Police Officer Gomez in the above-referenced matter.

        Defendants write pursuant to the Court's Order, dated July 15, 2014, to inform Your Honor that the parties were not able to reach a settlement at mediation.

        Thank you for your consideration herein.

                                        Respectfully submitted,

                                        Theresa D'Andrea
                                        *Assistant Corporation Counsel*

cc:    VIA ECF
        Darius Wadia, Esq.
        Darius Wadia, L.L.C
        186 Joralemon St. Suite 1202
        Brooklyn, NY 11201